IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **02-cv-1009-JLK** (consolidated with 03-cv-153-JLK)

**PPI-II, LLC**,

       Plaintiff,

v.

**GOODROE HEALTHCARE SOLUTIONS, LLC,**

       Defendant.

## ORDER

Kane, J.

In its Statement Regarding Pending Motion to Compel, filed August 11, 2005, Plaintiff reports that it wishes to re-depose Ms. Goodroe regarding events that have occurred since her initial deposition in 2003, but that Defendant has refused to produce Ms. Goodroe on the ground that discovery has closed. Plaintiff therefore requests that I enter an order allowing Plaintiffs to depose Ms. Goodroe at a time mutually agreed to by the parties. I will hold this request in abeyance until disposition of Defendants' Motion for Summary Judgment, the outcome of which may determine whether there is any ground to re-depose Ms. Goodroe in this matter.

IT IS SO ORDERED.

Dated this 12th day of August, 2005.

                                        BY THE COURT:

                                        **s/John L. Kane**
                                        John L. Kane, Senior District Judge
                                        United States District Court