# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 02-K-1009 (MJW) (consolidated with 03-K-0153 (MJW))

PPI-II, LLC,

    Plaintiff,

v.

GOODROE HEALTHCARE SOLUTIONS, LLC

    Defendant.

## ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on a Stipulated Motion for Dismissal of Claims With Prejudice, and the Court being fully advised in the matter:

IT IS HEREBY ORDERED that the stipulated motion for dismissal of claims is GRANTED, and all claims in both cases are dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated:  September 25, 2006.

BY THE COURT:

**s/ John L. Kane**
SENIOR U.S. DISTRICT JUDGE